IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

(Tucson Division) **CRIMINAL MINUTES**

09-cr-00467-TUC-JMR(BPV) Date: 3/1/2010
Yr    Case No.  Dft#

_X_ Hon. JOHN M. ROLL   #7021

USA v. JOSE ADRIAN JAUREGUI-BARRAJAS

DEFENDANT: _X_ Present   ___ Not Present   ___ Released  _X_ Custody  ___ Writ

Deputy Clerk: Michael E. Sears    Court Reporter: Aaron LaDuke

U. S. Atty: Angela W. Woolridge    Defense Attorney: Stephen G. Ralls
                                    _x_ Present   ___ Appt.  _x_ Retained

Interpreter: Derek Sully and Joyce Garcia
================================================================

**PROCEEDINGS:**   _XX_ Open Court    _____ Chambers    _____ Other

**MATTER ON FOR A MOTION HEARING** re: [63] Motion to Suppress, Objections to Magistrate's Report and Recommendation on Defendant's Motion to Suppress Evidence.

Counsel present arguments to the court.

**IT IS ORDERED DENYING** [17] Defense Motion to Suppress Evidence & Statements Based on Illegal Search & Seizure and **ADOPTING** the **Magistrate Judges Report and Recommendation** [61], re: [17] Motion to Suppress Evidence & Statements Based on Illegal Search & Seizure.

                                            Motion Hearing: 1 hour 12 minutes .